IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
ANONYMOUS,                          )
                                    )
            Plaintiff,              )      4:04 CV 3360
                                    )
      v.                            )
                                    )
                                    )
CHILD SAVING INSTITUTE, INC.,       )          ORDER
                                    )
            Defendant.              )
```

Upon consideration of the joint request of the parties for a stay of the progression of this case pending the outcome of other related proceedings,

IT HEREBY IS ORDERED:  The motion, filing 22, is granted, and

1. This case, including all discovery and pending discovery, rulings on pending motions, responses to motions, conferences, and hearings, is stayed until further order of the court following the conference scheduled below.

2. A telephone conference with counsel and the undersigned shall be convened at 1:30 p.m. on October 31, 2005.  Plaintiff's counsel shall place the call.  Prior to the conference, counsel shall have conferred regarding needed discovery settlement and mediation, and shall have prepared a proposed schedule for the expeditious resolution of this case.

DATED April 28, 2005

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge