## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANONYMOUS, | ) | 4:04CV3360 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| CHILD SAVING INSTITUTE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's unopposed motion to dismiss (filing 24) is granted pursuant to Fed. R. Civ. P. 41(a), and, accordingly, this action is dismissed without prejudice.

February 28, 2006.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge